**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Saul Tellez CHAVEZ, Defendant–
Appellant.**

**No. 06–50179.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008 *.

Filed Jan. 22, 2008.

Michael J. Raphael, Esq., USLA–Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, Carmen R. Luege, Esq., USSA–Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff–Appellee.

Robison D. Harley, Jr., Esq., Santa Ana, CA, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Saul Tellez Chavez appeals from his 120–month sentence for conspiracy to possess with intent to distribute marijuana, in

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

violation of 21 U.S.C. § 846. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Chavez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Chavez has filed a pro se supplemental brief.

Our independent review of the briefs and the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the sentence is **AFFIRMED.**